EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRELL HOLLAND | ) | CASE NO. 25-10895 |
| | ) | |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Dawn Gropp, certify that service of the Plan was made on January 30, 2026, by:

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> OneMain Financial Group, LLC
> Attn: Officer
> 1501 South Clinton Street
> Suite 600
> Baltimore, MD 21224

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  1/30/2026                                         Signature: /s/ Dawn Gropp